**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    GARY E. GREVIS

          Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:14-70625 JAD

Document No.:

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/03/2014  and confirmed on 11/04/2014 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,844.00 |
| Less Refunds to Debtor | 726.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,118.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,314.74 | |
|   Trustee Fee | 148.23 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,462.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3661 | | | | |
|   CHASE MORTGAGE | 24,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3661 | | | | |
| | | ***N O N E*** | | |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 2,314.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY E. GREVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY E. GREVIS | 1,655.03 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY E. GREVIS | 242.00 | 242.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY E. GREVIS | 484.00 | 484.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| CLERK, U S BANKRUPTCY COURT | 1,655.03 | 1,655.03 | 0.00 | 1,655.03 |
| Acct: XXXXXXXXXXXX0625 | | | | |
| | | | | 1,655.03 |
| **Unsecured** | | | | |
| CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1993 | | | | |
| CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX0173 | | | | |
| CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3046 | | | | |
| CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3146 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7713 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                 1,655.03

TOTAL CLAIMED
PRIORITY            1,655.03
SECURED            24,000.00
UNSECURED              0.00

Date: 11/20/2017                              /s/ Ronda J. Winnecour
                                              _____

                                              RONDA J WINNECOUR PA
                                              ID #30399
                                              CHAPTER 13 TRUSTEE WD
                                              PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.co
                                              m