SCAN FORM AND ATTACHMENTS

## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**    *1.   Intake Clerk *       UC

   *2.   Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   2/12/2018

**CASE NAME:**   Gary E. Grevis

**CASE NUMBER:**   14-70625- JAD

---

1066930

Check Number _____ in the amount of $ 242.00 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** _13264_          **Intake Clerk's Initials** _JAB_

---

\*   *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/06/2018

Michael R. Rhodes, Esquire                OR        Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court                          Clerk, US Bankruptcy Court
5414 U.S. Steel Tower                               U.S. Courthouse, Room B160
600 Grant Street                                    17 South Park Row
Pittsburgh, PA  15219                               Erie,  PA  16501

Re: GARY E. GREVIS

Case No: 1470625


Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following debtor(s).  The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Gary E. Grevis
C/O Kenneth P Seitz Esq
Law Offices Of Kenny P Seitz
Pob 211
Ligonier,PA 15658

CHECK NUMBER <u>1066930</u>        AMOUNT <u>$242.00</u>

The disbursement(s) was returned to the Trustee for the following reason:


The check became stale dated, not having been negotiated within 90 days of the issue.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.


/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee