## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    GARY E. GREVIS                 Case No.:14-70625 JAD

          Debtor(s)

    Ronda J. Winnecour              Document No.:
          Movant
          vs.
    No Repondents.

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/03/2014  and confirmed on 11/04/2014 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,844.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,844.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,314.74 | |
| Trustee Fee | 148.23 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,462.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3661 | | | | |
| CHASE MORTGAGE | 24,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3661 | | | | |
| * * * N O N E * * * | | | | |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY E. GREVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY E. GREVIS | 1,655.03 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY E. GREVIS | 242.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY E. GREVIS | 484.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 14-70625 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | KENNETH P SEITZ ESQ | 3,529.00 | 2,314.74 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLERK, U S BANKRUPTCY COURT | 2,381.03 | 2,381.03 | 0.00 | 2,381.03 |
| | Acct: XXXXXXXXXXXX0625 | | | | |
| | | | | | 2,381.03 |
| Unsecured | | | | | |
| | CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX1993 | | | | |
| | CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX0173 | | | | |
| | CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX3046 | | | | |
| | CR CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX3146 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX7713 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | | 2,381.03 |

TOTAL CLAIMED
| PRIORITY | 2,381.03 |
|---|---|
| SECURED | 24,000.00 |
| UNSECURED | 0.00 |

Date: 03/16/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com